IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 13-109-1 |
| BRYAN WEINGARTEN | : | |

ORDER

AND NOW, this 20th day of September 2013, upon consideration of Laurence Shiekman's Motion to Intervene and Unseal Judicial Records (Doc. No. 20) and the government's response thereto (Doc. No. 22), and following a hearing on the Motion held on September 16, 2013, it is ORDERED as follows:

1. Mr. Shiekman's Motion to Intervene (Doc. No. 20) is GRANTED.

2. Mr. Shiekman's Motion to Unseal Judicial Records (Doc. No. 20) is GRANTED as indicated in the text of this order.

3. The Clerk of Court is directed to unseal the docket for this case.

4. The Clerk of Court is directed to unseal and publish the documents in the docket for this case according to normal practice, except that the following documents are to remain sealed and impounded: Doc. Nos. 4,5,8,9,10,12,13,14 and 15.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.