IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: January 15, 2014 |
| vs. | : | |
| | : | |
| BRYAN WEINGARTEN | : | Criminal No. 13-109 |
| 1706 Rittenhouse Square | | |
| Philadelphia, PA 19103 | | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been **RESCHEDULED** for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on:

**Monday, February 10, 2014 at 10:00 a.m.** before
the Honorable **Legrome D. Davis**, in **Courtroom 6A, 6th floor**.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. (Please notify the deputy clerk if the above address is not correct.)

Very truly yours,

Donna Croce

Courtroom Deputy to Judge Davis
267-299-7659

NO  INTERPRETER REQUIRED

☐THIS PROCEEDING HAS BEEN RESCHEDULED FROM: 1/22/14

Notice to:
Defendant
Thomas Bergstrom, Defense Counsel (e-mail)
A. Nicole Phillips, A.U.S.A.(via e-mail)
U.S. Marshal (via e-mail & fax)
Probation Office (via e-mail)
Pretrial Services (via e-mail)
Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)
 cc: Speedy Trial